[No. 3193. Decided January 21, 1899.]

JOHANNA C. SALING *et al.*, *Appellants*, v. CITY OF SPOKANE *et al.*, *Respondents.*

Appeal from Superior Court, Spokane County.—Hon WILLIAM E. RICHARDSON, Judge. Affirmed.

*Lewis & Lewis*, for appellants.

*A. G. Avery*, for respondents.

Per Curiam.—With one exception the questions involved in this case are the same as those involved in No. 3191, *Boardman v. Spokane,* just decided. But in view of the late decisions of this court on this subject, the judgment will be in all respects affirmed.